UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Counsellors at Law
7 Century Drive - Suite 201
Parsippany, New Jersey 07054
(973) 538-9300
Attorneys for Select Portfolio Servicing, Inc., as servicer for The Bank of New York Mellon, f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Certificates, Series 2006-SD1
JILL A. MANZO, ESQ.
SPS1876
bankruptcy@fskslaw.com

---

In Re:

SHERYL E. PICARD

 Debtor(s).

Case No.: 22-13387 CMG

Chapter: 13

Judge: Honorable Christine M. Gravelle

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>Select Portfolio Servicing, Inc., as servicer for The Bank of New York Mellon, f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Certificates, Series 2006-SD1</u>. This party is a party in interest in this case pursuant to a mortgage dated September 27, 2002 and recorded in the Office of the MIDDLESEX County Clerk/Register on November 16, 2002 in Mortgage Book 7810, Page 887, and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

        ADDRESS:        FEIN, SUCH, KAHN & SHEPARD, P.C.
                              Counsellors at Law
                              7 Century Drive - Suite 201
                              Parsippany, New Jersey 07054

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

        **FEIN, SUCH, KAHN & SHEPARD, P.C.**
Attorneys for Select Portfolio Servicing, Inc., as servicer for The Bank of New York Mellon, f/k/a The Bank of New York, as successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2006-SD1, Mortgage Pass-Through Certificates, Series 2006-SD1

Dated: May 4, 2022        By: /S/ JILL A. MANZO
                                    JILL A. MANZO, ESQ.